# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:18-mj-3501-RNB-CAB |
| v. | |
| VICENTE ORTIZ-MENDOZA, | **Order Staying Proceedings** |
| Defendant. | |

On joint motion of the parties, and with good cause shown, further proceedings in this case are stayed pending the Ninth Circuit's decision in *United States v. Corrales-Vazquez*, 18-50206 or *United States v. Perez-Martinez*, 18-50266, or until further order of the Court.

**SO ORDERED.**

DATED: ___9/24___ , 2018

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE